IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGE SAMMA *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE *et al.*,<br><br>Defendants. | No. 20-cv-01104 |

**DECLARATION OF NOOR ZAFAR**

Pursuant to Local Civil Rule 83.2(d), I, Noor Zafar, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full legal name is Noorulain Zafar.

2. I am an attorney with the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 18th Floor, New York, NY 10004. My temporary office telephone number is (469) 301-5991.

3. I certify that I am now a member in good standing of the following State and Federal Bar Associations:

    a. Bar of the State of New York (May 16, 2018)

    b. U.S. District Court for the Southern District of New York (January 22, 2019)

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed on May 4, 2020.

Respectfully submitted,

 */s/ Noor Zafar*
Noor Zafar
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(469) 301-5991
nzafar@aclu.org