## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGE SAMMA *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE *et al.*,<br><br>Defendants. | No. 20-cv-01104 |

### [Proposed] ORDER

Upon consideration of the motion to admit Noor Zafar to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.


Dated:                                                    _____
                                                                  United States District Judge