## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAHIRIH JUSTICE CENTER, *et al.*,<br><br>Plaintiffs,<br><br> v.<br><br>ALEJANDRO MAYORKAS,[1] *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-124-TSC |

## JOINT STIPULATION TO HOLD CASE IN ABEYANCE

---

[1] On February 2, 2021, Alejandro Mayorkas became the Secretary of Homeland Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as a party.

## STIPULATION

On January 28, 2021, the Court ordered the parties to meet and confer and file a joint status report no later than March 5, 2021 addressing the following: "1) whether the current dispute has been mooted or the parties anticipate that it will be mooted; 2) whether the parties wish to stay this action for any reason, including the parties' negotiations over resolving this dispute; or 3) whether the parties agree that this litigation should continue as anticipated pursuant to the federal rules, local rules or a scheduling order." The parties have met and conferred by email and agree that these proceedings should be held in abeyance, as long as the preliminary injunction entered in *Pangea Legal Servs. v. U.S. Dep't of Homeland Sec.*, No. 3:20-cv-09253-JD (N.D. Cal. Jan. 8, 2021), and *Immigration Equality v. U.S. Dep't of Homeland Sec.*, 3:20-cv-09258-JD (N.D. Cal. Jan. 8, 2021), remains in place. Both *Pangea Legal Servs.* and *Immigration Equality* are stayed pending further order, and a status report is due April 19, 2021.

The parties seek an abeyance because the Rule at issue in this case is currently under review by the Departments, and holding this case in abeyance will allow incoming Department leadership time to consider the issues in this case and to review the Rule. The parties further propose to submit a status report to the Court within 90 days, updating the Court on the status of the Rule. This Joint Stipulation is without prejudice to either side requesting, prior to the filing of the 90-day status report, to have the case recalendared.

Respectfully submitted,

By:   */s/ Gary DiBianco*

Gary DiBianco (D.C. Bar No. 458669)
Kara Roseen (D.C. Bar No. 997229)
Jennifer Gindin (D.C. Bar No. 1031874)
1440 New York Avenue, NW
Washington, DC 20005
Phone: (202) 371-7000

By:   */s/ Christina P. Greer*

CHRISTINA P. GREER
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel. (202) 598-8770

Gary.DiBianco@probonolaw.com

Sahng-Ah Yoo (pro hac vice)
One Manhattan West
New York, NY

*Co-Counsel for Plaintiffs*

Elizabeth B. Wydra (D.C. Bar No. 483298)
Brianne J. Gorod (D.C. Bar No. 982075)
Brian R. Frazelle (D.C. Bar No. 1014116)
Constitutional Accountability Center
1200 18th Street NW
Suite 501
Washington, DC 20036
Phone: (202) 296-6889

*Co-Counsel for Plaintiffs*

Laurie Ball Cooper (D.C. Bar No. 1017998)
Ayuda, Inc.
6925 B Willow Street NW
Washington, DC 20012
(202) 349-0656
laurie.ballcooper@ayuda.com

*Counsel for Plaintiff Ayuda, Inc.*


Dated: February 8, 2021

Christina.P.Greer@usdoj.gov

*Counsel for Defendants*