UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAHIRIH JUSTICE CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS,[1] *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-124-TSC |

**JOINT STATUS REPORT**

---

[1] On February 2, 2021, Alejandro Mayorkas became the Secretary of Homeland Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as a party.

**REPORT**

On May 9, 2021, the Court continued the stay entered in this case on February 9, 2021, and ordered the parties to file a joint status report by August 9, 2021, and every 30 days thereafter. The parties have met and conferred by email and agree that these proceedings should remain stayed at this time, as long as the preliminary injunction entered in *Pangea Legal Servs. v. U.S. Dep't of Homeland Sec.*, No. 3:20-cv-09253-JD (N.D. Cal. Jan. 8, 2021), and *Immigration Equality v. U.S. Dep't of Homeland Sec.*, 3:20-cv-09258-JD (N.D. Cal. Jan. 8, 2021), remains in place. Both *Pangea Legal Servs.* and *Immigration Equality* are administratively closed pending further order, and a joint case management proposal was filed on January 31, 2022.

The Departments are working on two Notices of Proposed Rulemaking that will address several of the topics addressed in the Global Asylum Rule: Asylum and Withholding Definitions, *available at:* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202110&RIN=1615-AC65 (last visited Feb. 3, 2022), and Procedures for Asylum and Withholding of Removal; Credible Fear and Reasonable Fear Review, *available at:* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202110&RIN=1615-AC42 (last visited Feb. 3, 2022), and have made progress on their review. With respect to the Department's efforts concerning Asylum and Withholding Definitions, Plaintiffs note that the stated time period for the Departments to issue a Notice of Proposed Rulemaking pursuant to Section 4(c)(ii) of Executive Order 14010 has elapsed without the issuance of proposed regulations. Based on the Departments' litigating positions in other cases, Plaintiffs also believe the Departments have completed any and all review relevant to Counts 1-3 of the Complaint, which allege that the Rule was issued by officials serving in violation of law. Plaintiffs do not intend for the litigation to be stayed indefinitely. However, in light of the deadline in Executive Order 14010, the Departments

represent that they have been, and continue to, make completing their review a priority and will release the first proposed rule above in the near future. The Departments seek, and Plaintiffs consent to, a further stay at this time.

Per the Court's May 9, 2021 Order, the parties will submit a status report within 30 days—by March 9, 2022—updating the Court on the status of the Rule. This request is without prejudice to either side requesting, prior to the filing of the 30-day status report, to have the case recalendared.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Gary DiBianco* | By: /s/ *Lindsay M. Vick* |
| Gary DiBianco (D.C. Bar No. 458669) | LINDSAY M. VICK |
| Kara Roseen (D.C. Bar No. 997229) | Trial Attorney |
| Jennifer Gindin (D.C. Bar No. 1031874) | U.S. Department of Justice, Civil Division |
| 1440 New York Avenue, NW | P.O. Box 878, Ben Franklin Station |
| Washington, DC 20005 | Washington, DC 20044 |
| Phone: (202) 371-7000 | Tel. (202) 532-4023 |
| Gary.DiBianco@probonolaw.com | Lindsay.Vick@usdoj.gov |
| *Co-Counsel for Plaintiffs* | *Counsel for Defendants* |

Elizabeth B. Wydra (D.C. Bar No. 483298)
Brianne J. Gorod (D.C. Bar No. 982075)
Brian R. Frazelle (D.C. Bar No. 1014116)
Constitutional Accountability Center
1200 18th Street NW
Suite 501
Washington, DC 20036
Phone: (202) 296-6889

*Co-Counsel for Plaintiffs*

Laurie Ball Cooper (D.C. Bar No. 1017998)
Ayuda, Inc.
6925 B Willow Street NW
Washington, DC 20012
(202) 349-0656

laurie.ballcooper@ayuda.com

*Counsel for Plaintiff Ayuda, Inc.*

Dated: February 7, 2022

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAHIRIH JUSTICE CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS,[2] *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-124-TSC |

## **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that this case remain stayed to allow Defendants time to review the Rule at issue in this litigation and engage in the rulemaking process. The parties shall submit a joint status report within 30 days of the date of this order.

SO ORDERED.

Dated: _____  _____

Hon. Tanya S. Chutkan
United States District Judge

---

[2] On February 2, 2021, Alejandro Mayorkas became the Secretary of Homeland Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as a party.