UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAHIRIH JUSTICE CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS,[1] *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-124-TSC |

**JOINT STATUS REPORT**

---

[1] On February 2, 2021, Alejandro Mayorkas became the Secretary of Homeland Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as a party.

# REPORT

Plaintiffs filed their complaint on January 14, 2021. The Court stayed this case on February 9, 2021. Since then, the Court has requested joint status reports by May 10, 2021, by August 9, 2021, and every 30 days thereafter until October 12, 2022. On September 23, 2022, Plaintiffs filed a motion to partially lift the stay of proceedings, which the Court denied on December 1, 2022. In the order denying the motion, the Court noted it was "troubled by the length of the stay in this case," but also noted that "the facts that precipitated the stay---and agreed to by the parties in their joint stipulation---have not changed." (cleaned up). The Court concluded that "judicial economy and the weighing of harms to the parties if the stay is removed, favor waiting until the end of May 2023, to observe whether Defendants have completed [the] prospective rulemakings." The Court ordered that in the event "Defendants do not finalize their three prospective rulemakings by May 31, 2023," Plaintiffs may file a renewed motion to lift the stay. The Court ordered the parties to file a status report no later than June 1, 2023, and scheduled a status hearing for June 2, 2023.

The Departments are working on three Notices of Proposed Rulemaking that will address several of the topics addressed in the Global Asylum Rule: Particular Social Group and Related Definitions and Interpretations for Asylum and Withholding of Removal, *available at:* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202210&RIN=1125-AB13 (last visited May 24, 2023); Evidentiary Hearings on Applications for Asylum, Withholding of Removal, and Protection Under the Convention Against Torture, *available at* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202210&RIN=1125-AB22 (last visited May 24, 2023); and Procedures for Asylum and Withholding of Removal; Credible Fear and Reasonable Fear Review, *available at:*

https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202210&RIN=1125-AB14 (last visited May 24, 2023). The Departments represent that they continue to work on these rulemakings. The Departments seek a further stay at this time.

Plaintiffs observe that the three prospective rulemakings cited in the Court's December 1 Order still have not been published, and Plaintiffs have no reason to believe their publication is imminent. Plaintiffs further note that since the parties agreed to a stay over two years ago, every representation by Defendants about their progress simply pushes the publication of these prospective rulemakings further into the future. Plaintiffs are inclined to renew their motion to partially lift the stay but will wait until after the June 2, 2023 status hearing to finalize their position.

Respectfully submitted,

| | |
|---|---|
| By:   /s/ Signature | By:   /s/ Signature |
| Gary DiBianco (D.C. Bar No. 458669) | LINDSAY M. VICK |
| Shirley Diaz (D.C. Bar No. 1656347) | Senior Litigation Counsel |
| 1440 New York Avenue, NW | U.S. Department of Justice, Civil Division |
| Washington, DC 20005 | P.O. Box 878, Ben Franklin Station |
| Phone: (202) 371-7000 | Washington, DC 20044 |
| Gary.DiBianco@probonolaw.com | Tel. (202) 532-4023 |
| | Lindsay.Vick@usdoj.gov |
| Sahng-Ah Yoo (*pro hac vice*) | |
| One Manhattan West | *Counsel for Defendants* |
| New York, NY 10001 | |

*Co-Counsel for Plaintiffs*

Elizabeth B. Wydra (D.C. Bar No. 483298)
Brianne J. Gorod (D.C. Bar No. 982075)
Brian R. Frazelle (D.C. Bar No. 1014116)
Constitutional Accountability Center
1200 18th Street NW
Suite 501
Washington, DC 20036

Phone: (202) 296-6889

*Co-Counsel for Plaintiffs*

Dated: June 1, 2023

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAHIRIH JUSTICE CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS,[2] *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-124-TSC |

## **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall submit a joint status report within 30 days of the date of this order, unless Plaintiffs renew their motion to lift or partially lift the stay before that time.

SO ORDERED.

Dated: _____

_____
Hon. Tanya S. Chutkan
United States District Judge

---

[2] On February 2, 2021, Alejandro Mayorkas became the Secretary of Homeland Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as a party.