UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAHIRIH JUSTICE CENTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-124-TSC<br><br>JOINT STATUS REPORT |

Plaintiffs filed their complaint on January 14, 2021. The Court stayed this case on February 9, 2021, and ordered periodic status reports until the Court partially lifted the stay in March 2024. In September 2024, the parties completed briefing on cross-motions for summary judgment regarding Plaintiffs' claims challenging the appointment of former Acting Homeland Security Secretary, Chad Wolf. The Rule is not currently in effect as the preliminary injunction entered in *Pangea Legal Servs. v. U.S. Dep't of Homeland Sec.*, 20-cv-9253-JD (N.D. Cal. Jan. 8, 2021), and *Immigration Equality v. U.S. Dep't of Homeland Sec.*, 20-cv-9258-JD (N.D. Cal. Jan. 8, 2021), remains in place.

The parties have met and conferred and agree that these proceedings should be held in abeyance, as long as the preliminary injunction entered in *Pangea Legal Servs.*, No. 3:20-cv-09253-JD, and *Immigration Equality*, 3:20-cv-09258-JD, remains in place, and the government has not attempted to ratify the rule.

The parties further propose to submit a status report to the Court within 90 days updating the Court on the status of this case. This Joint Stipulation is without prejudice to either side requesting, prior to the filing of the 90-day status report, to have the case re-calendared, so the Court can consider the pending cross-motions for summary judgment.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>By:   /s/ Brianne J. Gorod</td><td>By:   /s/Alanna T. Duong</td></tr>
<tr><td>Elizabeth B. Wydra (D.C. Bar No. 483298)<br>Brianne J. Gorod (D.C. Bar No. 982075)<br>Brian R. Frazelle (D.C. Bar No. 1014116)<br>Miriam Becker-Cohen (D.C. Bar No. 1616670)<br>Constitutional Accountability Center<br>1730 Rhode Island Ave. NW<br>Suite 1200<br>Washington, DC 20036<br>(202) 296-6889<br>brianne@theusconstitution.org<br><br>Eryn Hughes (*pro hac vice*)<br>One Manhattan West<br>New York, NY 10001<br>(212) 735-3000<br><br>*Counsel for Plaintiffs*<br><br>Dated: August 20, 2025</td><td>ALANNA T. DUONG<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division, U.S. Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel. (202) 305-7040<br>alanna.duong@usdoj.gov<br><br>*Counsel for Defendants*</td></tr>
</table>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAHIRIH JUSTICE CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-124-TSC |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall submit a joint status report by November 18, 2025, indicating whether the case should remain stayed.

SO ORDERED.

Dated: _____      _____

Hon. Tanya S. Chutkan
United States District Judge