# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TAHIRIH JUSTICE CENTER, et al., <br>     Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, et al., <br>     Defendants. | No. 1:21-cv-124-TSC |

## NOTICE OF APPEARANCE

Undersigned counsel hereby enters her appearance in this case on behalf of Defendants.

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General
    Civil Division

    ERNESTO H. MOLINA
    Deputy Director
    Office of Immigration Litigation

    */s/ Alanna T. Duong*
    ALANNA T. DUONG
    Senior Litigation Counsel
    Office of Immigration Litigation
    Civil Division, U.S. Dept. of Justice
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 305-7040
    alanna.duong@usdoj.gov

August 28, 2025                      Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2025, a copy of the foregoing was filed via the Court's CM/ECF system and served on counsel of record via that system.

> _/s/ Alanna T. Duong_
> ALANNA T. DUONG
> Senior Litigation Counsel
> U.S. Department of Justice