**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TAHIRIH JUSTICE CENTER *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-124-TSC<br><br>**JOINT STATUS REPORT** |

Plaintiffs filed their complaint on January 14, 2021.  The Court stayed this case on February 9, 2021, and ordered periodic status reports until the Court partially lifted the stay in March 2024.  In September 2024, the parties completed briefing on cross-motions for summary judgment regarding Plaintiffs' claims challenging the appointment of former Acting Secretary of Homeland Security, Chad Wolf.  The Rule is not currently in effect as the preliminary injunction entered in *Pangea Legal Servs. v. U.S. Dep't of Homeland Sec.*, 20-cv-9253-JD (N.D. Cal. Jan. 8, 2021), and *Immigration Equality v. U.S. Dep't of Homeland Sec.*, 20-cv-9258-JD (N.D. Cal. Jan. 8, 2021), remains in place.  On March 6, 2025, the Court stayed the case again per the parties' joint stipulation.

In a document signed on October 29, 2025, Secretary Noem stated that she was ratifying the Global Asylum Rule.  On November 18, 2025, this document and an accompanying notice were posted for public inspection.  The document states in part:

> I acknowledge that portions of the Global Asylum Final Rule's provisions cannot legally take effect because of the above-listed rules' amendments to the Code of Federal Regulations. I further acknowledge that the provisions of the Global Asylum Final Rule that remain in the Code of Federal Regulations cannot be implemented while the injunction in *Pangea Legal Servs. v. DHS,* 512 F. Supp. 3d 966 (N.D. Cal. 2021), is in effect.

FR Doc. 2025-20295, Appendix at 2. The document was published in the Federal Register on November 19, 2025. 90 Fed. Reg. 51989 (Nov. 19, 2025).

The parties have met and conferred via email and agree that these proceedings should continue to be held in abeyance, as long as the preliminary injunction entered in *Pangea Legal Servs.*, No. 3:20-cv-09253-JD, and *Immigration Equality*, 3:20-cv-09258-JD, remains in place. The parties propose submitting another joint status report on May 12, 2026, to advise the Court of the current status of the case.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
</table>

By:    */s/ Brianne J. Gorod*

Elizabeth B. Wydra (D.C. Bar No. 483298)
Brianne J. Gorod (D.C. Bar No. 982075)
Brian R. Frazelle (D.C. Bar No. 1014116)
Miriam Becker-Cohen (D.C. Bar No. 1616670)
Constitutional Accountability Center
1730 Rhode Island Ave. NW
Suite 1200
Washington, DC 20036
Tel.: (202) 296-6889
brianne@theusconstitution.org

Eryn Hughes (*pro hac vice*)
One Manhattan West
New York, NY 10001
(212) 735-3000

*Counsel for Plaintiffs*


Dated: March 13, 2026

By:    /s/Holly M. Smith
HOLLY M. SMITH
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 305-1241
holly.smith2@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAHIRIH JUSTICE CENTER *et al.*,<br><br>Plaintiffs,<br><br> v.<br><br>KRISTI NOEM *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-124-TSC |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file another joint status report on May 12, 2026.

SO ORDERED.

Dated: _____                    _____

Hon. Tanya S. Chutkan
United States District Judge